```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARKISHA GORDON, individually    :        CIVIL ACTION
and on behalf of all others      :
similarly situated               :
                                 :
           v.                    :
                                 :
MAXIM HEALTHCARE SERVICES,       :
INC.                             :        NO. 13-7175
```

ORDER

  AND NOW, this 15th day of July, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendant Maxim Healthcare Services, Inc. to dismiss the amended complaint (Doc. # 22) is hereby GRANTED under Rule 12(b)(6) of the Federal Rules of Civil Procedure as to all claims under the Pennsylvania Wage Protection and Collections Law for late wages due and payable on or before April 9, 2011.  The motion to dismiss is otherwise DENIED.

                BY THE COURT:


                /s/ Harvey Bartle III
                               J.