IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARKISHA GORDON, individually and on behalf of all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| MAXIM HEALTHCARE SERVICES, INC. | : : | NO. 13-7175 |

ORDER

AND NOW, this 11th day of December, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Markisha Gordon for conditional certification pursuant to § 216(b) of the Fair Labor Standards Act (Doc. # 40) is GRANTED insofar as it seeks conditional certification of a class which includes all home healthcare aides employed by defendant Maxim Healthcare Services in Pennsylvania and who were paid beyond their scheduled pay dates falling on or after April 10, 2011.  The motion is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                                J.